| PRODUCTS | iPHONE | iPAD | iPOD | TABLETS | eREADERS | SMARTPHONES | Search entire store here... |

Home / iessentials / TABLETS / Cases & Screen Protectors

## Cases & Screen Protectors

**SORT BY**
NAME

**ITEMS PER PAGE**
9

**PRICE**
$0.00 - $14.99 (7)
$15.00 and above (4)

**DEVICE**
iPad (8)
Tablets (11)
E-Readers (7)

**COMPARE PRODUCTS**
You have no items to compare.



iessentials
Fitted Folio Case

This iPad folio is a professional and sophisticated option that looks as good as it protects.

$29.99



iessentials
Fitted Folio Case For Amazon Kindle Keyboard 3G

iessentials' folio case features a slim, form-fitting design that maintains the Kindle 3G's portability,

$19.99



iessentials
Fitted Folio Case With Stylus For Amazon Kindle Fire

iessentials Kindle Fire case features a 360 Rotating stand for multiple viewing angles

$29.99



iessentials
Fitted Folio Case with Stylus For Apple iPad 2

iessentials iPad 2 Fitted Folio Case features a soft, microfiber interior, a stylus tool and a durable kickstand, providing the ultimate in style and protection.

$29.99



iessentials
Reversible Neoprene Sleeve For 7-8" Tablets

Keep your tablet in pristine condition with our form-fitting, reversible neoprene cover.

$9.99



iessentials
Reversible Neoprene Sleeve For 9-10" Tablets

Keep your tablet in pristine condition with our form-fitting, reversible neoprene cover.

$9.99



iessentials
Silicone Skin Case For Apple iPad 2

Keep your iPad 2 protected in style with iessentials' Silicone Skin Case.



iessentials
TPU Gel Case For Amazon Kindle Fire

Protect your Kindle Fire in style. Made with TPU material, this case is durable and long-lasting.



iessentials
TPU Gel Case For Apple iPad 2

iessentials' TPU Gel Case is made of shock absorbent, shatterproof, and anti-scratch material for ultra protection.

**EXHIBIT 2, p. 1**