IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03160-CMA-MJW

THULE ORGANIZATION SOLUTIONS, INC., a Colorado corporation,

Plaintiff(s),

v.

MIZCO INTERNATIONAL, INC., a New Jersey corporation,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Vacate Rule 16(b) Scheduling and Rule 26(f) Planning Meeting (Docket No. 11) is granted.  The Scheduling Conference set on February 3, 2013, at 10:30 a.m. is VACATED.  It is further

ORDERED that the parties shall submit their stipulated motion to dismiss on or before February 28, 2014.

Date: January 31, 2014